# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00342-CV

**Diane Elizabeth "Betsy" Cornwell, Appellant**

**v.**

**Walden Hagelman, Andie Haddad, and Dana Havlin, Appellees**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-000368, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

After learning of the death of Appellant Diane Elizabeth "Betsy" Cornwell, Appellees Walden Hagelman, Andie Haddad, and Dana Havlin have requested that we remand this cause and thereby lift a stay to permit them to nonsuit the case in the trial court.

We grant their request. This interlocutory appeal is abated and this cause is remanded for the limited purpose of allowing Appellees to nonsuit this case. When the cause is nonsuited, this appeal may be reinstated upon motion by a party and dismissed.

Before Chief Justice Byrne, Justices Kelly and Theofanis

Abated and Remanded

Filed: October 6, 2023